In the Matter of the Will of Rudolph R. Noll, Deceased.
Gerda Noll et al., Petitioners-Appellants.

Otto Ruprecht et al., Individually and as Executors and Trustees under the Will of Rudolph R. Noll, Deceased, et al., Respondents.

National Surety Corporation et al., Respondents.
(2 Proceedings)

In the Matter of the Estate of Rudolph R. Noll, Deceased.
Eleanore G. Noll, an Infant, by Gerda Noll, Her Guardian ad Litem, et al., Petitioners-Appellants.

Otto Ruprecht et al., Individually and as Executors and Trustees under the Will of Rudolph R. Noll, Deceased, Respondents.

Edward A. Pfeffer et al., Respondents.

Submitted May 19, 1943; decided June 18, 1943.

*Abraham Fishbein* and *James J. Munro* for appellants.

*Edward A. Pfeffer* for respondents.

Appeals dismissed, without costs, on the ground that the orders do not finally determine the proceedings within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.